UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELLIOT J. SCOTT A/K/A CALVIN SCOTT | CIVIL ACTION |
| VERSUS | NO. 07-6430 |
| BURL CAIN, WARDEN | SECTION "N" (2) |

# **O R D E R**

    The Court has considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections of the petitioner to the Magistrate Judge's Report and Recommendation filed on May 8, 2008. Petitioner cites what appears to be an error on Page 11[1] of the Report and Recommendation, wherein the Magistrate Judge erroneously included a sentence pertinent to a previous AEDPA case. Petitioner claims that the incorrectly included statement pertains to a person named "Melancon" and not "Scott", and that his filing date was October 3, 2007, without the representation of counsel. The Court amends this statement to properly read: "The AEDPA therefore applies to Scott's petition, which was filed pro

---

[1]The erroneous statement contained in the Magistrate Judge's Report and Recommendation reads: "The AEDPA therefore applies to Melancon's petition, which was filed by counsel with this court on September 24, 2007."

se with this court on October 3, 2007." Nonetheless, though petitioner is correct as to this error, he fails to demonstrate any material difference in the Magistrate Judge's disposition of his claim as a result of this error. The Court has considered the other objections set forth by Scott, including the application of the *Strickland* standard with regard to ineffective assistance of counsel, and finds them to be without merit, for the reasons stated by the Magistrate Judge in the Report and Recommendation.

Therefore, the Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it, as amended herein, as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Elliot Scott, a/k/a Calvin Scott, for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and the petition **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 21st day of May, 2008.

_____
**KURT D. ENGELHARDT**
**United States District Judge**